IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUN 20 PM 2:21
ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS                                      CR. NO. 04-20414-Ma

CARLOS HOGANS,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

    This cause was set for a report date on January 27, 2005, at which defendant failed to appear.  Defendant has been arrested in the Western District of Texas and now has a case pending in federal court in San Antonio, Texas.  Counsel for the government has filed a motion to exclude time in this case.

    The Court granted the motion and continues the trial date to September 6, 2005, at 9:30 a.m. with a report date of August 26, 2005, at 2:00 p.m.

    The period from January 27, 2005, through September 16, 2005, is excluded under 18 U.S.C. § 3161(h)(1)(D) to allow for delay resulting from trial with respect to other charges, 18 U.S.C. § 3161(h)(1)(G) to allow for delay resulting from any proceeding relating to the removal of

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-21-05



the defendant from another district, and 18 U.S.C. § 3161(h)(3)(A) to allow for delay resulting from the defendant's absence from this district.

**IT IS SO ORDERED** this the ___17th___ day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CR-20414 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT